IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOAEC, INC.,

           Plaintiff,

v.

MUSICIP CORPORATION, IMATION
ENTERPRISES CORPORATION,
PANDORA MEDIA, INC., NATIONAL
RADIO HOLDINGS, L.L.C., J. RIVER
INC., ALL MEDIA GUIDE, L.L.C. and
NAPSTER, L.L.C.,

           Defendants.

ORDER

07-cv-654-bbc

On April 1, 2008, this court held a telephonic hearing on the parties' joint motion for a scheduling conference. All parties were represented by counsel.

For reasons explained during the hearing, the motion is denied without prejudice. At this point, the court assumes that Judge Shabaz will resume his schedule in June 2008. If this turns out not to be the case, the parties should resubmit their motion and the court will revisit the calendar at that time.

In response to the percolating discovery disputes, I provided a quick overview of the court's position on the consequences parties and attorneys pay in this court for failing to be efficient and accommodating during pretrial discovery. Counsel should conduct themselves accordingly.

Entered this 1st day of April, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge