UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MOAEC, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MUSICIP CORPORATION, IMATION ENTERPRISES CORPORATION, PANDORA MEDIA, INC., NATIONAL RADIO HOLDINGS, L.L.C., J. RIVER INC., ALL MEDIA GUIDE, L.L.C. AND NAPSTER, L.L.C.,<br><br>    Defendant. | CIVIL ACTION NO.: 07-C-0654-S<br><br>Jury Trial Demanded |

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUL 14 2008

FILED
THERESA M. OWENS, CLERK
CASE#_____

[PROPOSED] O R D E R

This cause coming on before the Court and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the above action be, and the same is hereby dismissed without prejudice as to National Radio Holdings, L.L.C.

DATED: July 14, 2008                    Barbara B. Crabb
                                              JUDGE