IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOAEC, INC.,                                      CIVIL ACTION NO. 07-C-0654-S

           Plaintiff,

v.

MUSICIP CORPORATION, IMATION
ENTERPRISES CORPORATION,
PANDORA MEDIA, INC., NATIONAL
RADIO HOLDINGS, L.L.C., J. RIVER
INC., ALL MEDIA GUIDE, L.L.C. AND
NAPSTER, L.L.C.

           Defendants.

**ORDER ON JOINT MOTION REQUESTING DISMISSAL OF CLAIMS
BETWEEN MOAEC, INC. AND ALL MEDIA GUIDE, L.L.C.**

After considering the Joint Motion Requesting Dismissal of Claims Between Plaintiff MOAEC, Inc. and Defendant All Media Guide, L.L.C., the Court hereby dismisses all claims asserted by Plaintiff MOAEC, Inc. against Defendant All Media Guide, L.L.C., without prejudice to re-filing the same, with each party to bear its own costs.

DATED: July 31, 2008            *Barbara B. Crabb*

QBACTIVE\131667.00002\6416391.1