IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MOAEC, INC.,

                              Plaintiff,                              ORDER

        v.
                                                                     07-cv-654-bbc

PANDORA MEDIA, INC., J. RIVER, INC.
and NAPSTER, L.L.C.,

                              Defendants.

---

On November 20, 2008, this court held a telephonic hearing on defendants' motion to compel plaintiff's expert to sit for a longer deposition (dkt. 164). All affected parties were represented by counsel.

After hearing from both sides, I granted the motion for reasons stated on the record. Dr. Shamos must make himself available for a reasonable deposition on all topics raised in his report regardless of how many hours or days this may take.

Costs are shifted pursuant to Rule 37(a)(5). Defendants may have until November 26, 2008 within which to submit an itemized list of costs and expenses incurred in filing this motion. Plaintiff may have until December 3, 2008 within which to respond in opposition to the request.

The parties had no other matters to bring to the court's attention.

Entered this 20th day of November, 2008.

BY THE COURT:
/s/
STEPHEN L. CROCKER
Magistrate Judge