IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MOAEC, INC.,

                                                                ORDER

                Plaintiff,

                                               07-cv-654-bbc

    v.

PANDORA MEDIA, INC.,
J. RIVER INC. and NAPSTER, L.L.C,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       As counsel are aware, this case has been assigned to the Honorable Matthew Kennelly for trial purposes. Judge Kennelly has continued the trial date to Monday, May 11, 2009, with the concurrence of counsel.

       Judge Kennelly would like to hold the final pretrial conference in Chicago (courtroom 2103, at 219 South Dearborn Street, Chicago, Illinois) at 3:00 p.m. on Wednesday, May 6, 2009. Pretrial materials complying with this court's standard pretrial order are to be submitted to Judge Kennelly in Chicago no later than April 24, 2009.

       Entered this 8th day of January, 2009.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge