IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOAEC, INC.,

    Plaintiff,

v.

MUSICIP CORPORATION, IMATION
ENTERPRISES CORPORATION,
PANDORA MEDIA, INC., NATIONAL
RADIO HOLDINGS, L.L.C., J. RIVER
INC., ALL MEDIA GUIDE, L.L.C., and
NAPSTER, L.L.C.,
    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-654-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Napster L.L.C. against plaintiff MOAEC, Inc. granting defendant's motion for summary judgment of non-infringement by defendant's free and subscription music service web-sites, including its Automix, Playlist, radio station and My Library features, of claims 6, 7, 15 and 16 of the '539 patent and claims 35, 36, 45, 46, 47, 48 and 49 of the '471 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Pandora Media, Inc. against plaintiff MOAEC, Inc. granting defendant's motion for summary judgment of non-infringement by defendant's music service web-site of claim 15 of the '539 patent and claims 1, 2, 3, 4, 8, 9, 10, 15, 24, 26, 35, 36, 45, 48 and 49 of the '471 patent.

_____      4/30/09
Peter Oppeneer, Clerk of Court           Date